JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215


Receipt# 11092362
9/9/11 CG

TEL: (716) 831-1994

September 7, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    JOHNSON, CATHERINE A.    /Case # 09-12907
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

      Enclosed please find my Trustee's check in the amount of $. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

Claimant -    Catherine A. Johnson, Debtor    Amount $.50**

**This amount represents an overpayment made to the Bankruptcy Trustee for monies due the Bankruptcy Estate. The Trustee forwarded a check to the debtor for said monies, however, the same was not cashed and is now beyond the 90 day period, therefore, the Trustee has placed a stop payment on the original check.

JOHN H. RING, III
Trustee

JHR/pls
Enc.



FILED
SEP - 9 2011
BANKRUPTCY COURT
BUFFALO, N.Y.